IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ADRIANNE R. YOUNG, | § | |
| | § | No. 682, 2014 |
| Defendant Below-<br>Appellant, | § | |
| | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 9904019648 |
| Plaintiff Below-<br>Appellee. | § | |
| | § | |

Submitted: June 24, 2015
Decided: August 25, 2015

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

# **O R D E R**

This 25th day of August 2015, the Court has carefully considered the appellant's counsel's opening brief filed under Supreme Court Rule 26(c), the appellant's points for the Court's consideration, and the State's response and motion to affirm. We find it manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated November 12, 2014. The Superior Court did not err in concluding that the appellant's fourth motion for postconviction relief was untimely, repetitive, and previously adjudicated and that the appellant had failed to overcome these procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice